# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1762

_____

Dolandon Mack

*Plaintiff - Appellant*

v.

Tim Dillon, Patrolman, Little Rock Police Department

*Defendant - Appellee*

Roger Swope, Crime Scene Investigator, Little Rock Police Department; Scott
Timmons, Lt., Little Rock Police Department; J. C. White, Detective, Little Rock
Police Department; John Does, 1 - 50; City of Little Rock, Arkansas; Jana
Rayburn, Patrolman, Little Rock Police Department; Kathy Trudell, Crime Scene
Investigator, Little Rock Police Department

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: December 6, 2012
Filed: December 10, 2012
[Unpublished]

_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Dolandon Mack appeals following the district court's[1] entry of judgment on a jury verdict in favor of Tim Dillon, a Little Rock police officer who was the sole remaining defendant in this 42 U.S.C. § 1983 action.[2] Having carefully reviewed the issues that Mack raises on appeal, we find no basis for reversal. The district court is affirmed. See 8th Cir. R. 47B.

––––––––––––––––––––––––––––

––––––––––––––––––

[1]The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.

[2]This court previously affirmed the grant of summary judgment as to all defendants except Dillon and Jana Rayburn. See Mack v. Dillon, 594 F.3d 620, 622-24 (8th Cir. 2010) (per curiam).